UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. |
| | ) |
| GARY BROWN | ) 05-70P-S |
|     a/k/a Anthony Green | ) |

## INDICTMENT

The Grand Jury charges that:

On about July 29, 2005, in the District of Maine, defendant

**GARY BROWN**
**a/k/a/ Anthony Green**

unlawfully, knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture or substance containing cocaine base, also known as crack cocaine, a Schedule II controlled substance as listed in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A) apply to the conduct described herein.

**SIGNATURE REDACTED**
**Original on File**

_____
Assistant United States Attorney
Dated: Aug. 25, 2005